# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DANIEL J. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | |
| EXPERIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Experian Information Solutions, Inc. ("Experian"), erroneously named as Experian, files its Notice of Removal of the above-captioned action to this Court and state as follows:

1.     Experian is the named Defendant in Civil Action No. HHB-CV24-5035545-S, filed in the Superior Court for the State of Connecticut, Judicial District of New Britian (the "State Court Action").

2.     The Complaint in the State Court Action was filed on February 23, 2024.

3.     This Notice is being filed with this Court within thirty (30) days after February 23, 2024, the date upon which Defendant received a copy of Plaintiff's initial pleading setting for the claims for relief upon with Plaintiff's action is based.

4.     A copy process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

{W3568403;2}

5.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6.      The claims for relief against Experian alleged in the State Court Action arise, <u>inter alia</u>, under the Fair Credit Reporting Act, 15 U.S.C. § 1681, <u>et</u> <u>seq</u>. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

7.      Experian reserves all rights including defenses and objections as to venue, personal jurisdiction, and service, and the filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

8.      This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. § 1446(a).

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

10.     The prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met. Experian accordingly respectfully requests that this Court exercise jurisdiction over this removed action and enter orders and grant relief as may be necessary to secure removal and to prevent further proceedings in the State Court Action, and seeks all other relief to which it may be justly entitled.

Dated: March 22, 2024

Respectfully submitted,

/s/ Todd R. Michaelis (ct28821)
Ann H. Rubin, Esq. (ct04486)
Todd R. Michaelis, Esq. (ct28821)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06702
Telephone: 203-573-1200
Fax:  203-575-2600
Email: arubin@carmodylaw.com
          tmichaelis@carmodylaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2024, a copy of the foregoing document

was filed with the court and served by e-mail and first-class mail on the following party:

Daniel-Joseph Thomas, *pro se*
24 Unionville Ave
Plainville, CT 06062
djtcontractor@gmail.com

/s/ Todd R. Michaelis (ct28821)
Todd R. Michaelis

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349; 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

- ☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- ☑ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- ☑ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* 20 Franklin Square, New Britain, CT. 06051 | Telephone number of clerk ( 860 ) 515 – 5180 | Return Date *(Must be a Tuesday)* 3/26/2024 |
| --- | --- | --- |
| ☒ Judicial District   ☐ Housing Session   ☐ G.A. Number: | At *(City/Town)* New Britain | Case type code *(See list on page 2)* Major: C   Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* Daniel-Joseph: Thomas 24 Unionville CT 06062 | Juris number *(if attorney or law firm)* |
| --- | --- |
| Telephone number (203) 886-4736 | Signature of plaintiff *(if self-represented)* Daniel-Joseph: Thomas |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* djtcontracter@gmail.com |
| --- | --- |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
| --- | --- | --- |
| **First plaintiff** | Name: Daniel-Joseph: Thomas   Address: 24 Unionville Ave   Plainville, CT  06062 | P-01 |
| **Additional plaintiff** | Name:   Address: | P-02 |
| **First defendant** | Name: Experian   Address: PO Box 9530 Allen TX 75613 | D-01 |
| **Additional defendant** | Name:   Address: | D-02 |
| **Additional defendant** | Name:   Address: | D-03 |
| **Additional defendant** | Name:   Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 2/10/24 | Signed *(Sign and select proper box)* | ☐ Commissioner of Superior Court   ☒ Assistent Clerk | Name of person signing HENRY YORDON ASSISTANT CLERK Judicial District of New Britain SUPERIOR COURT |
| --- | --- | --- | --- |

| If this summons is signed by a Clerk: | For Court Use Only File Date FILED FEB 23 2024 CYNTHIA A. SKORZEWSKI CHIEF CLERK |
| --- | --- |

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* Daniel-Joseph: Thomas | Date 2/11/24 | Docket Number HHB-CV24-6035545-S |
| --- | --- | --- | --- |

Page 1 of 2

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.

2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.

3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.

4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.

5. Use this summons for the case type codes shown below.

Do *not* use this summons for the following actions:

(a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)

(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought

(c) Applications for change of name

(d) Probate appeals

(e) Administrative appeals

(f) Proceedings pertaining to arbitration

(g) Summary Process (Eviction) actions

(h) Entry and Detainer proceedings

(i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| | | | | T 11 | Defective Premises - Public - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 10 | Redevelopment Condemnation | | T 20 | Products Liability - Other than Vehicular |
| | E 20 | Other State or Municipal Agencies | | T 28 | Malpractice - Medical |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 29 | Malpractice - Legal |
| | E 90 | All other | | T 30 | Malpractice - All other |
| | | | | T 40 | Assault and Battery |
| Housing | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 69 | Animals - Other |
| | H 50 | Housing - Administrative Appeal | | T 70 | False Arrest |
| | H 60 | Housing - Municipal Enforcement | | T 71 | Fire Damage |
| | H 90 | Housing - All Other | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

RETURN DATE: MARCH 12, 2024      |      SUPERIOR COURT

|      JUDICIAL DISTRICT

Daniel-Joseph: Thomas      |      OF NEW BRITAIN

|      AT NEW BRITAIN

VS.      |

|

EXPERIAN      |

|

# COMPLAINT

I invested copious hours researching then communicating with
Experian via phone, U.S. Mail, Experian website and Experian mobile
app. regarding the disputed account. I provided evidence to the
Defendant showing the creditor for the violative account  failed to
validate the debt and remained non-compliant with all aspects of state
and federal laws including FCRA, CDIA and METRO 2 guidelines for
180 days.

Defendant engaged in banned abusive practices, and ignored my legal
notices beyond 180 days. Defendant continued to report the same
erroneous information on my consumer file, and the violations had a
negative impact on my personal reputation and loss of business
opportunities. (See Exhibit : Credit Report; Memorandum of Law
including Notice to Cease and Desist; And Exhibit's: Legal Notices and
U.S. Mail Receipts)

2. Experian experienced data breaches, which means everything on my
consumer credit report was breached. I had to invest time to research
the breach, submitted the opt-out request to be removed from the
Experian database, and I submitted a request to opt-out from the
arbitration clause. Next, I devoted time communicating with the CFPB

and submitted complaints about Experian. (See: Exhibit )

3. Defendant committed breach of trust and failed to provided Plaintiff with basic customer service upon acquiring the account, most likely due to their history of excessive abuse of process and ignoring consumer complaints in violation of consumer laws; hence 1-star reviews submitted by over 10K customers. (See Exhibit : $22.5 million Experian Data Breach and Reviews)

4. Plaintiff respectfully request the Court take judicial notice of the above prima facie evidences and due process of law, the Court enter Summary Judgement for financial harm to my personal reputation, loss of business opportunities and emotional distress as a direct result of Defendant's violative acts against me. (See Exhibit : Financial Documents)

My prayer for relief is to receive $1000 per day of the violation x 369 days for a total of $369,000, and the removal of the violative status on my consumer report; And $1,000,000 in Punitive or Exemplary Damages for emotional distress; And any other sanctions as it pleases the Court for a business that engages in intentional neglect and disregard of my consumer rights pursuant to 15 USC 1681i.

## CERTIFICATE OF SERVICE

I, Daniel- Joseph: Thomas, *(Plaintiff),* do hereby certify that a true and correct copy of the above and foregoing Answer and Affirmative Defenses has been sent, via first class mail, postage prepaid, to ***Experian (Defendant)*** at P.O Box 9530) Allen, TX 75013,

So certified, this the 19 day of  February 2024

By:/s/ Daniel- Joseph: Thomas

**PLAINTIFF**
By:/s/ Daniel-Joseph:Thomas

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

**LIST OF EXHIBITS**

JD-CL-28  Rev. 2-21

STATE OF CONNECTICUT
**SUPERIOR COURT**

**LISTEXH**

Type of Proceeding: _____    Date(s) of Proceeding: _____

☐ All Exhibits are electronic    ☐ Exhibits are both electronic and physical    ☒ All Exhibits are physical

| Court | ☐ Geographic Area number ___ | ☐ Judicial District of: ___ | ☐ Housing Session | At *(Town)* **New Britain** |

Name of Case | Name(s) of Clerk(s)
**DSaniel-Joseph:Thomas V.S Experian** |

Name of Judge | Name(s) of Court Reporter(s) | Docket Number

| | | Plaintiff's Exhibits | Entered as Full or ID | | | Defendant's Exhibits | | Entered as Full or ID |
|---|---|---|---|---|---|---|---|---|
| ☐ ID ☒ Full | 1. | memoranum of law | ☐ Electronic ☒ Physical | ☐ ID ☒ Full | A. | financial harm | ☐ Electronic ☒ Physical | |
| ☐ ID ☒ Full | 2. | certified mail receipt | ☐ Electronic ☒ Physical | ☐ ID ☒ Full | B. | financial harm | ☐ Electronic ☒ Physical | |
| ☐ ID ☒ Full | 3. | certified mail receipt | ☐ Electronic ☒ Physical | ☐ ID ☒ Full | C. | financial harm | ☐ Electronic ☒ Physical | |
| ☐ ID ☒ Full | 4. | certified mail receipt | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | D. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 5. | certified mail receipt | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | E. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 6. | certified mail receipt | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | F. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 7. | certified mail receipt | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | G. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 8. | certified mail | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | H. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 9. | lawful notice | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | I. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 10. | affidavit verification | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | J. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 11. | breach of contract | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | K. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 12. | CFPB report | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | L. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 13. | validation notice | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | M. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 14. | judicial notice | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | N. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 15. | dispute account | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | O. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 16. | legal notice | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | P. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 17. | legal notice | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | Q. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 18. | affidavit financial distress | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | R. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 19. | abuse of process | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | S. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 20. | violation consumer law | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | T. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 21. | financial harm | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | U. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 22. | financial harm | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | V. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 23. | financial harm | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | W. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 24. | financial harm | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | X. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 25. | financial harm | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | Y. | | ☐ Electronic ☐ Physical | |
| ☐ ID ☒ Full | 26. | financial Harm | ☐ Electronic ☒ Physical | ☐ ID ☐ Full | Z. | | ☐ Electronic ☐ Physical | |

PO Box 489 Plainville CT 06062    Plaintiff's physical exhibits returned to    Date 2/01/24

Receipt acknowledged *(Attorney for Plaintiff)*    Date

Defendant's physical exhibits returned to    Date

Receipt acknowledged *(Attorney for Defendant)*    Date

Name of case
**DSaniel-Joseph:Thomas V.S Experian**

| State's Exhibits | | Entered as Full or ID | Court's Exhibits | | Entered as Full or ID |
|---|---|---|---|---|---|
| ☐ ID ☐ Full | 1. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | A. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 2. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | B. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 3. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | C. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 4. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | D. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 5. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | E. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 6. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | F. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 7. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | G. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 8. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | H. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 9. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | I. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 10. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | J. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 11. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | K. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 12. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | L. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 13. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | M. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 14. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | N. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 15. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | O. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 16. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | P. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 17. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | Q. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 18. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | R. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 19. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | S. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 20. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | T. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 21. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | U. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 22. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | V. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 23. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | W. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 24. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | X. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 25. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | Y. | ☐ Electronic ☐ Physical |
| ☐ ID ☐ Full | 26. | ☐ Electronic ☐ Physical | ☐ ID ☐ Full | Z. | ☐ Electronic ☐ Physical |

| State's physical exhibits returned to | Date |
|---|---|
| Receipt Acknowledged | Date |

*Exhibit 1*

**EXHIBIT 1: MEMORANDUM OF LAW**

Violations pursuant to the Fair Credit Reporting Act, Section 609 (a)(1)(A), Method of Procedure - 15 USC section 1681(i)(7) or FCRA section 611(a)(7); Dodd-Frank Act Section 1031 - Banned Abusive Acts or Practices.

"Negligent and willful failure to reinvestigate the disputed entries in violation of sections 611(a), 616 and 617 of the FCRA, 15 U.S.C. Section 1681i(a), 1681n, 1681o".

Pinner, 805 F2d at 1265, the consumer was awarded $25,000 for mental distress due to humiliation and embarrassment resulting from the errors reported by three credit bureaus

Fair Debt Collection Practices Act [15 U.S.C. 1692 et seq.]; Section 809 - Disclosures are required within five days after the initial communication with a consumer in connection with the collection of any debt. Section 803(2) - Indirect communication with the consumer through the credit bureau.

Fair Credit Reporting Act
U.S.C. title 18 Section 872; attempts to extort
U.S.C. title 18 Section 1341, 1342; Fraud and swindles, use of fictitious names through postal services (Addressing alleged debtor by improperly spelled name/DANIEL JOSEPH THOMAS)
P.L. 93–579, Approved December 31, 1974 (88 Stat. 1896) Privacy Act of 1974 SEC. 7. [5 U.S.C. 552a note] "(b) Any Federal, State, or local government agency which requests
an individual to disclose his/her social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.

Lawful" "Money" to actually "pay" alleged "debt" as per the
Constitution for the United States, Article 1 section 10 Clause 1.
Government agency,(i.e. County, state, municipal court) please provide
*proof that they are following their oath of office to uphold the*
Constitution for the United States of America by only asking for gold or
silver coin for payment of this debt as per Article 1 section 10 Clause 1
of the Organic Constitution for the United States of America.

**NOTICE TO CEASE AND DESIST**
Notice is hereby given that, until your agency can provide ALL
requested documentation and information to prove any alleged debt,
your agency must cease and desist from any further reporting activities
on this alleged debt in accordance with the Fair Debt Collection
Practices Act laws of your United States Codes.

*Exhibit G*

**Lawful Notice of Dispute**
**First Class Mail & Certified Mail # XXXXXXXXXXXXXXXXXX**

Brock & Scott, PLLC ("Respondent")
3825 Forrestgate Drive
Winston Salen, NC 27103

RE: Reference ███████████

To Agent or Assigns of Brock & Scott, PLLC:

I am in receipt of a computer-generated letter from your company dated August 11, 2023 with unsigned, unverified, unvalidated statements alleging some kind of debt.

Who are you? Do I have a contract with you? If yes, please send a certified copy of the contract that exists between Daniel Thomas and Brock & Scott, PLLC.

It is my policy to pay all legitimate debts, but to also not be defrauded by clever schemes and I do not owe the debt for the account in the above Regarding. However, your claims are conditionally accepted provided you furnish me with a claim verified under pains and penalties of perjury that this is a true debt and not a collection scheme per the F.D.C.P.A at 15 U.S.C. 1692 e.g. Additionally, please send a certified copy of your license to collect a debt in Connecticut.

If you purchased this as a "debt collections" device to make money as a debt collector, thank you for paying off the bill. You have 10 days to respond with a statement of account with a zero balance and remove any and all unlawful on my credit report. Failure to respond in 10 business days is acceptance and your failure to cure your dishonor will receive my NOTICE AND DEMAND for $12,000,000 in damages for violations to include: Fraud, Extortion, Denial of Right to Happiness, Dishonor in Commerce, Collusion, Racketeering, Conspiracy, Intimidation, Defamation, TILA violations, FDCPA violations.

Respondent must respond in an Affidavit with the requested supporting documentation and mail to: Daniel Thomas P.O. Box 489, Plainville, Connecticut 06062-0489. In the absence of a true bill, kindly tender payment of $1,000.00 payable to: Daniel Thomas for 1 (one) unsigned, unverified, unvalidated statement punishable by Federal Law pursuant to Title 18 USC 1341, 1702, 1703 and 1708.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
SILENCE IS ACQUIESCENCE
ALL RIGHTS RESERVED

Exhibit 9

Sincerely,
By:/s/  Daniel Thomas
P.O. Box 489
Plainville, Connecticut 06062-0489
USA

Exhibit # 10

# AFFIDAVIT OF REQUEST FOR METHOD VERIFICATION

August 15, 2023

Experian
PO BOX 4500
Allen, Texas 75013

Re:  Daniel Thomas
     SSN: ██████████
     DOB: ██████████

Attn: Legal Department

I believe there is information on my credit file that is not being reported legally. Under sections 609 and 611 of the FCRA, I hereby request the method you used to verify the following entries.

## Violative Company: Select Portfolio Servicing Inc (SPS)

What certified documents were reviewed to conclude your investigation?

What records were transmitted as required by FCRA?

Who did you speak with?

What was the date?

What is their position?

Exhibit 10

What number did you call?

This inaccurate reporting has caused me severe financial and emotional distress. Please reply within 15 days to the above questions or delete the items.

I also request FULL disclosure of why the social security number assigned to me is used by this agency and what the purpose is by this agency's use of the social security number.

Please notify the source who reported the item within 5 days after receiving this dispute notice, and obtain an affidavit sworn under penalty of perjury of verification directly from a person, pursuant to the Fair Credit Reporting Act, Section 609 (a)(1)(A), Method of Procedure - 15 USC section 1681(i)(7)or FCRA section 611(a)(7); Dodd-Frank Act Section 1031 - Banned Abusive Acts or Practices.

I hereby opt-out and do not wish to resolve disputes through Experian arbitration. Again I reject the arbitration clause in the Experian interactive service agreement.

## MEMORANDUM OF LAW

"Negligent and willful failure to reinvestigate the disputed entries in violation of sections 611(a), 616 and 617 of the FCRA, 15 U.S.C. Section 1681i(a), 1681n, 1681o".

Pinner, 805 F2d at 1265, the consumer was awarded $25,000 for mental distress due to humiliation and embarrassment resulting from the errors reported by three credit bureaus

Fair Debt Collection Practices Act [15 U.S.C. 1692 et seq.]; Section 809 - Disclosures are required within five days after the initial

Exhibit # O

communication with a consumer in connection with the collection of any debt. Section 803(2) - Indirect communication with the consumer through the credit bureau.

Fair Credit Reporting Act
U.S.C. title 18 Section 872; attempts to extort
U.S.C. title 18 Section 1341, 1342; Fraud and swindles, use of fictitious names through postal services (Addressing alleged debtor by improperly spelled name/ALL CAPITAL)
P.L. 93–579, Approved December 31, 1974 (88 Stat. 1896) Privacy Act of 1974 SEC. 7. [5 U.S.C. 552a note] "(b) Any Federal,  State, or  local government  agency which requests
an  individual  to  disclose  his/her  social  security account
number  shall inform  that individual  whether  that disclosure
is  mandatory or  voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.
Lawful" "Money" to actually "pay" alleged "debt" as per the Constitution for the United States, Article 1 section 10 Clause 1.
Government agency,(i.e. County, state, municipal court) please provide proof that they are following their oath of office to uphold the Constitution for the United States of America by only asking for gold or silver coin for payment of this debt as per Article 1 section 10 Clause 1 of the Organic Constitution for the United States of America.

**NOTICE TO CEASE AND DESIST**
Notice is hereby given that, until your agency can provide ALL requested documentation and information to prove any alleged debt, your agency must cease and desist from any further reporting activities on this alleged debt in accordance with the Fair Debt Collection Practices Act laws of your United States Codes.

**NOTICE**

*Exhibit #10*

The use of any statutes, codes, rules, or regulations by this alleged debtor, shall not be construed by your agency or any other person(s) or agencies that alleged debtor has submitted to, or entered into any jurisdiction of any agency or other person(s).

I do not give your agency consent to contact me by phone, I will be in contact with your agency only by mail.  If your agency cannot produce all said information stated above and/or does not respond to this letter within 21 days, a dishonor has occurred and you agree to the following, the alleged debt did not exist in the first place; OR The alleged debt has already been paid in full; there is not and never was a contract binding your agency and myself that was entered knowingly and intelligently stating I agree to my private data shared and/or sold; Any negative remarks made in regards to any alleged debt will be immediately removed.

No assured value, No liability. Errors & Omissions Excepted. All Rights Reserved.
WITHOUT PREJUDICE – WITHOUT RECOURSE

Sincerely,
By:/s/  Daniel Thomas
P.O. Box 489
Plainville, Connecticut 06062-0489
USA

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

Exhibit 11

NOTICE FOR REQUEST OF CONFIRMATION OF TERMS AND CONDITIONS OF AGREEMENT AND ADEQUATE ASSURANCE OF DUE PERFORMANCE THAT SELECT PORTFOLIO SERVICING INC. (SPS) DID NOT BREACH AGREEMENT

August 15, 2023

From: Daniel Thomas, hereinafter "Borrower"

To: SPS, hereinafter "Alleged Lender"

Attn: Legal Department

Notice to the Principal is Notice to the Agent.
Notice to the Agent is Notice to the Principal.

I hereby provides notice to Alleged Lender for a request of confirmation of terms and conditions of the agreement and adequate assurance of due performance that Alleged Lender did not breach the agreement.

*I am requesting a higher standard than a computer generated inquiry, e-Oscar or third party database search, to validate the debt with the official g-notice under penalty of perjury.*

Alleged Lender agreed to the following general terms and conditions of the account in the alleged agreement:

1) Alleged Lender must use their money or credit as adequate consideration to purchase the agreement from Borrower to repay the loan.

2) Alleged Lender involved in the alleged loan did not accept anything of value from Borrower that would be used to fund a check or similar instrument in approximately the amount of the alleged loan.

3) Alleged Lender must follow generally accepted accounting principles as required by CPA audit opinions.

4) The intent of the agreement is that the party who funded the loan is to be repaid the money.

5) All material facts are to be disclosed in the written agreement.

6) The account holder must repay the loan in the same species of money or credit or thing of value the financial institution involved in the loan used to fund the loan check or similar instrument, thus ending all interest and liens.

7) The loan transaction does not create the economics similar to stealing, counterfeiting and swindling.

8) The agreement that I entered into has the above seven elements in it. According to the bookkeeping entries, Alleged Lender breached all seven basic elements of the alleged agreement and then Alleged Lender concealed material facts of the alleged agreement. I am demanding adequate assurance of due performance that the above seven elements are part of the alleged loan agreement or I demand that Alleged Lender return a zero loan balance. The proof that Alleged Lender breached the agreement is that both your assets and liabilities increased, proving that Alleged Lender recorded a loan from Borrower to Alleged Lender and then returned the loaned money from Alleged Lender back to Borrower, falsely claiming the money returned to Borrower is a loan from Alleged Lender to Borrower. Alleged Lender did the opposite of what was advertised and agreed to and then concealed the fact that Alleged Lender accepted money or credit or thing of value from Borrower that funded a check or similar instrument in the amount of the alleged loan.

This notice will remain as fact of the elements of the alleged agreement and the breach of Alleged Lender unless Alleged Lender disputes this notice within 10 days.

Sincerely,
By: /s/ Daniel Thomas
P.O. Box 489
Plainville, Connecticut 06062-0489
USA

A TRUE COPY ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

 An official website of the United States Government    Exhibit 12

 **Consumer Financial Protection Bureau**

(https://www.consumerfinance.gov/)

**Start a new complaint**

❮ All complaints (.)

# 230920-12050600

**CLOSED**

 **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 9/19/2023 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Pursuant to FCRA creditor SPS account # ▮▮▮▮▮▮ has violated FCRA 1681a(2)A(i)- reporting transactions;1681 - right to privacy; 1681(604)(A)(2)- consumer reporting agency furnished account without my written consent and instruction; (1666(B)- creditor may not treat payment under consumer credit plan as late for any purpose

View full complaint ⊕

 **Sent to company**

**STATUS**

Sent to company on 9/19/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 **Company responded**

| **STATUS** | **RESPONSE TYPE** |
|---|---|
| Company responded on 9/28/2023 | Closed with explanation |

### Company's Response

Credit Reporting - In your inquiry, you questioned SPS's credit reporting processes. Please know that our legal and contractual obligations guide SPS on how to report an account's status to the credit reporting agencies (CRAs). Our review of the information provided to the CRAs confirms that the reported information matches the status of your account. Based on this, we will not be requesting an update to the information we provided. SPS reports credit information to Equifax, Experian, TransUnion, and Innovis. If you are reviewing a report from any other source, please be advised we are unable to review or update that source. As a servicer, SPS services the account according to the terms of the enclosed Note and Open-End Mortgage Deed that were signed at origination. SPS is confident that the servicing of your account by SPS has been compliant with all applicable state and federal regulations. As of the date of this letter, the account is due for April 1, 2022.

**ATTACHMENTS**

Exhibit D

Thomas 0031349772-
AD999_0096613986.pdf

(2.1 MB)

 **Feedback
requested**

| **STATUS** | **FEEDBACK DUE** |
|---|---|
| Feedback requested on 9/28/2023 | 11/27/2023 |

**Provide feedback about the company's response**

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

❌ **Closed**

The CFPB has closed your complaint.

**Privacy Act Statement**

**OMB #3170-0011**

**Note on user experience**

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-

leave/federal-holidays/#url=Overview)

More than 180 languages available.

Exhibit 12

An official website of the United States Government

Exhibit 13

Date 9/25/2023

Daniel-Joseph: Thomas
c/o 24 Unionville Avenue
Plainville, Connecticut [06062]

Attn: Legal Department
SPS
PO BOX 65250
SALT LAKE CITY, UTAH 84165-0250

Re:  Account Number as shown on Equifax, Experian,TransUnion #
████████████

To Whom It May Concern,

I respectfully request the following information:
1. Your authorization under 15 USC 1692(e) and 15 USC 1692(f) for this alleged debt
2. Your authorization of law for your collection of information
3. Your authorization of law for your collection of this alleged debt
4. Your authorization to do business or operate in this state
5. Evidence of the alleged debt, including specifically the alleged contract or other instrument bearing my signature

Absent an appropriate response, you are required to terminate this debt, stop collection action and correct any erroneous reports of this debt as mine. Under the doctrine of estoppel by silence, Engelhardt v. Gravens (Mo) 281 SW 715, 719, I may presume that no proof of the

Exhibit 13

alleged debt, nor therefore any such debt, in fact, exists.

You have fifteen (30) days from receipt of this notice to respond. Your failure to respond to each point, in writing, hand signed by a living man or woman, will work as a waiver to any of your claims in this matter and will entitle me to presume that you placed this on my credit report(s) in error and that this matter is permanently closed.

Pursuant to 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims. This Notice is an attempt to correct your records, and any information received from you will be collected as evidence should further action be necessary. This is a request for information only and is not a statement, election, or waiver of status.

Regards,

By: /s/ Daniel-Joseph:Thomas
PO Box 489
Plainville, Connecticut [06062]

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

Exhibit M

# JUDICIAL NOTICE

Date: 9/29/23

Attn: Legal Department
TransUnion
555 W. Adams Street
Chicago, IL 60661 USA


Attn: Legal Department
Experian
475 Anton Boulevard
Costa Mesa, CA 92626 USA

Attn: Legal Department
Equifax
1550 Peachtree Street NW
Atlanta, GA 30309 USA

Re: Violations of the United States Code Law against consumer Daniel Thomas; SSN: ███████
██████ ; DOB: ███████████

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRICIPAL IS NOTICE
TO AGENT

**Violation #1: 1681 a (4) Consumer Right to privacy** You had no permissible purpose nor
AUTHORIZATION to report this information on my consumer report.

**Violation #2: 18 U.S. Code 1028A - Aggravated identity theft** You shared my Information
with numerous creditors without getting my consent first. You are criminally liable of aggravated
identity theft which is punishable for up to 2 years.

**Violation #3: 15 U.S Code 1681b** Under permissable purpose of consumer reports I never gave
you any written consent to report anything on my consumer report nor consent. This is identity
theft.

**Violation #4: 15 U.S Code 1681b permissible purposes** Under permissible purposes of
consumer reports you can only report if In accordance with the written instructions of the
consumer to whom it relates. I never gave you any written consent to report anything on my
consumer report. No consent is identity theft.

**Violation #5: 15 USC 1681s-2, 15 USC 1681E (b), 15 USC 16811 5(a), 15 USC 16811
(a)(l)(a)** This agency furnished information relating to me the consumer that was inaccurate. I
told the CREDITORS that this was inaccurate, and they still reported it to my consumer report.

Exhibit 14

**Violation #6: 15 U.S. Code 6802(b)l() (a)(A)(B)(C),15 U.S. Code§ 6801(b), 15 USC 6803(a)(3)** You never disclosed my right to opt out which is illegal and deceptive.

**Violation #7: 15 USC 1681A (a)(d)(2a)(ii}** You are reporting private matters on my consumer *report. The FCRA says that I the consumer has sole say so over matters I deem to be private to* me. My transactions are private. By you sharing this information, I have developed a very bad paranoia that I have to take medication for. You are liable for all damages that I suffered because of your illegal activities.

**Violation #8: 15 U.S. Code 1666b. 15 USC 1681A (2)(a)(i) Timing of payments** Nowhere in TILA, FCRA, FDCPA defines late payments, and any "late payments" to my consumer report is inaccurate and deceptive, when your job is to report accurate information.

**Violation #9: 15 U.S.C 1681g** *You failed to disclose all the documents that you have recorded* and retained in your file at the time of the request concerning the accounts that you are reporting on my consumer report. Do not respond that this account has been verified by the creditor. SEND ME COPIES OF THE DOCUMENTS THAT YOU HAVE RETAINED IN YOUR FILES THAT YOUR COMPANY USED TO VERIFY THE accuracy OF THESE DISPUTED ACCOUNTS.

**Violation #10: willful noncompliance under 15 USC 1681n;** Per FCRA 6058, 15 U.S. Code 1681c-2 within 4 days of receipt of this notice, the following account must be removed from my *consumer report: Select Portfolio Servicing Inc (SPS)*

All of the above is being investigated by the FTC and CFPB. If you leave this item on my consumer report, you will be criminally and civilly liable for all the fees.

Sincerely,
By:/s/ Daniel Thomas
P.O. Box 489
Plainville, Connecticut 06062-0489
USA

Exhibit 15

Date 10/10/23

Attn: Legal Department
TransUnion
555 W. Adams Street
Chicago, IL 60661 USA


Attn: Legal Department
Experian
475 Anton Boulevard
Costa Mesa, CA 92626 USA

Attn: Legal Department
Equifax
1550 Peachtree Street NW
Atlanta, GA 30309 USA


Subject:    Dispute of Charge Off Account on Credit Report
            Account Number: ███████████


Dear Sir/Madam,

I am writing to dispute a charge off entry on my credit report,
specifically the account listed under Account Number ███████████.
This entry is inaccurate and not in accordance with your own METRO2
logic standards. I request a thorough investigation into this matter
under the Fair Credit Reporting Act (FCRA).

Exhibt 15

## Account Information
Creditor Name: Select Portfolio Servicing Inc (SPS)
Account Number: █████████
Date of First Delinquency: [February 1, 2022]
Charge Off Amount: ($296,510

I am disputing this charge off for the following reasons:

1. **Inaccuracy of Information:** I dispute the accuracy of the reported charge off. I have not been provided with any validation of this debt, and I request detailed information concerning the validity of this account.

2. **Incorrect Reporting Date:** The reported date of first delinquency is incorrect. I request proper verification and validation of this date, as it significantly impacts the reporting period of this account.

3. **Violation of METRO2 Standards:** The reporting of this charge off does not comply with your own METRO2 logic standards. I request a detailed explanation of how this account was reported according to the industry standards.

4. **Statute of Limitations:** I also request verification of the statute of limitations for this debt in my state. If this debt is time-barred, it should not be reported on my credit file.

I kindly request that you conduct a thorough investigation into this matter, including contacting the original creditor for validation of the debt. Please provide me with copies of any relevant documents or investigations conducted.

I also request that you promptly update my credit report to reflect the accurate and true status of this account or remove this entry entirely if it cannot be verified.

Exhibit 15

I appreciate your attention to this matter and expect a prompt resolution. Please send me a written response detailing the results of your investigation.

Sincerely,
By:/s/ Daniel Thomas
P.O. Box 489
Plainville, Connecticut 06062-0489
USA

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

Exhibit 16

Date 9/19/2023

Daniel-Joseph:Thomas
C/O 24 Unionville Ave
Plainville CT [06062]

Attn: Legal Department
SPS
PO BOX 65250
Salt Lake City UT 84165-0250

Re:  Account as shown on Experian, Transunion, Equifax Report

To Whom It May Concern,

I respectfully request the following information:

1. Your authorization under 15 USC 1692(e) and 15 USC 1692(f) for this alleged debt
2. Your authorization of law for your collection of information
3. Your authorization of law for your collection of this alleged debt
4. Your authorization to do business or operate in this state
5. Evidence of the alleged debt, including specifically the alleged contract or other instrument bearing my signature

Absent an appropriate response, you are required to terminate this debt, stop collection action and correct any erroneous reports of this debt as mine. Under the doctrine of estoppel by silence, Engelhardt v. Gravens (Mo) 281 SW 715, 719, I may presume that no proof of the alleged debt, nor therefore any such debt, in fact, exists.

You have fifteen (30) days from receipt of this notice to respond. Your failure to respond to each point, in writing, hand signed by a living man or woman, will work as a waiver to any of your claims in this matter and will entitle me to presume that you placed this on my credit report(s) in error and that this matter is permanently closed.

Pursuant to 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims. This Notice is an attempt to correct your records, and any information received from you will be collected as evidence should further action be necessary. This is a request for information only and is not a statement, election, or waiver of status.

Regards,

By: /s/ Daniel-Joseph:Thomas

Exhibit

**LEGAL NOTICE**
January 22, 2024

Experian
P.O. Box 4500
Allen, Texas 75013

On December 15, 2023 we filed a lawsuit against SELECT PORTFOLIO SERVICING in Judicial District of New Britain, Connecticut 06051. Please see attached Docket# HHB-CV-235035141-S, WITH COURT NOTICE and Motion for Default on SELECT PORTFOLIO SERVICING. Experian Lawsuit will be filed if all reports from SELECT PORTFOLIO SEVICING are not delete/ removed completely on my credit report. Furthermore we are attaching a FEE SCHEDULE that is recorded in New York State Commercial Registry 201903250123922. My experiences and transactions with creditors are private and legally excluded from my consumer report. Therefore, I contest violative accounts for deletion within 30 days per certified standards and compliance practices according to the FRCA, CDIA and METRO2. Please see the violations on the enclosed MEMORANDUM OF LAW.

**VIOLATIVE ACCOUNTS**
SELECT PORTFOLIO SERVICING -Account# ███████████
TBOM/VT-Account# ███████████, Late Payment June-July 2020
FRONTIER-Account# ███████████, Late Payment Jan-Dec 2021, Nov-Dec 2020
**PERSONAL INFORMATION**
My Name: Daniel Thomas
My Address: 24 Unionville Avenue, Plainville Connecticut [06062]
My Employment: DJT Contractor LLC

Kindly delete all other personal information from my consumer report

Exhibit 30 (?)

pursuant to FRCA 15 USC 1681 and all its subsections for the protection of my federally protected consumer right to privacy.

Any response(s) with a form letter is illegal and unlawful, will be deemed as intentional and willful delay, and reported to the CFPB and FTC for cause and motive for financial fraud.

Any further non-compliance of all aspects of the FRCA, CDIA and METRO 2, and all state and federal laws will incur a fine of $1000 per day per violation and reported to the State Attorney General for investigation and sanctions on your business for intentional neglect and disregard of my consumer rights pursuant to 15 USC 1681i.

When modifications are finalized, kindly send an updated credit report. Thank you and have a great day on purpose.

Sincerely,
By:/s/ Daniel Thomas
SSN: ██████████
DOB: ██████████
Address: c/o 24 Unionville Avenue, Plainville Connecticut [06062]

**ENCLOSURE: MEMORANDUM OF LAW**

----------

**MEMORANDUM OF LAW**

Re: Violations of the United States Code Law against consumer: Daniel Thomas; SSN: ██████████; DOB: ██████████

Exhibit #17

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO
PRICIPAL IS NOTICE TO AGENT

**VIOLATIONS**
**Violation #1:** The Fair Credit Reporting Act 15 USC §1681(a)(2)(B)
*(2) Exclusions. Except as provided in paragraph (3), the term "consumer
report" does not include (B) any authorization or approval of a specific
extension of credit directly or indirectly by the issuer of a credit card or
similar device;*

**Violation #2: Truth in Lending Act 15 USC §1602(g)**
*"credit card" is any card, plate, coupon book or other credit device
existing for the purpose of obtaining money, property, labor, or services
used for the extension of credit.*

**Violation #3: 15 USC 6802(a)**
Failure to provide legally required disclosures

**Violation #4: 15 USC 6802 (b)**
Criminal neglect and disregard of federal protected privacy rights

**Violation #5: Willful noncompliance of METRO 2 Standards**
Account Name (HR-12), Account Number (BS-7), Account Type (BS-9),
Date Opened (BS-10), Limit (BS-11), Account Status (BS-17A),
Comments (BS-19), Balance (BS-21), Past Due (BS-22), Last Payment
(BS-27), etc.

**Violation #6: 1681 a (4) Consumer Right to privacy**
You had no permissible purpose nor AUTHORIZATION to report this
information on my consumer report outside of a pattern abuse to
commit financial fraud

Exhibit 30-17

**Violation #7: 18 U.S. Code 1028A - Aggravated identity theft**
You shared my Information with numerous creditors without getting my consent first. You are criminally liable of aggravated identity theft which is punishable for up to 2 years.

**Violation #8: 15 U.S Code 1681b**
Under permissable purpose of consumer reports I never gave you any written consent to report anything on my consumer report nor consent. This is identity theft.

**Violation #9: 15 U.S Code 1681b permissible purposes** Under permissible purposes of consumer reports you can only report if In accordance with the written instructions of the consumer to whom it relates. I never gave you any written consent to report anything on my consumer report. No consent is identity theft.

**Violation #10: 15 USC 1681s-2, 15 USC 1681E (b), 15 USC 16811 5(a), 15 USC 16811 (a)(l)(a)** This agency furnished information relating to me the consumer that was inaccurate. I told the CREDITORS that this was inaccurate, and they still reported it to my consumer report.

**Violation #11: 15 U.S. Code 6802(b)I() (a)(A)(B)(C),15 U.S. Code§ 6801(b), 15 USC 6803(a)(3)** You never disclosed my right to opt out which is illegal and deceptive.

**Violation #12: 15 USC 1681A (a)(d)(2a)(ii}** You are reporting private matters on my consumer report. The FCRA says that I the consumer has sole say so over matters I deem to be private to me. My transactions are private. By you sharing this information, I have developed a very bad paranoia that I have to take medication for. You

are liable for all damages that I suffered because of your illegal activities.

**Violation #13: 15 U.S. Code 1666b. 15 USC 1681A (2)(a)(i) Timing of payments** Nowhere in TILA, FCRA, FDCPA defines late payments, and any "late payments" to my consumer report is inaccurate and deceptive, when your job is to report accurate information.

**Violation #14: 15 U.S.C 1681g** You failed to disclose all the documents that you have recorded and retained in your file at the time of the request concerning the accounts that you are reporting on my consumer report. Do not respond that this account have been verified by the creditor. SEND ME COPIES OF THE DOCUMENTS THAT YOU HAVE RETAINED IN YOUR FILES THAT YOUR COMPANY USED TO VERIFY THE accuracy OF THESE DISPUTED ACCOUNTS.

**Violation #15: willful noncompliance under 15 USC 1681n;** Per FCRA 6058, 15 U.S. Code 1681c-2 within 4 days of receipt of this notice

All of the above is being investigated by the FTC and CFPB. If you leave this item on my consumer report, you will be criminally and civilly liable for all the fees.

Exhibit 18

## AFFIDAVIT OF FINANCIAL DISTRESS

In connection with the consumer report for the undersigned Affiant, Daniel Thomas, hereinafter "Affiant", does solemnly swear, declare and state as follows:

1. Affiant is competent to state the matters set forth herein; and
2. Affiant has knowledge of the facts stated herein; and
3. All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity

### Plain Statement of Facts

4. The inaccurate reporting on Affiant's consumer report has caused Affiant severe financial and emotional distress.
5. All communication bearing Affiant's name were created by Affiant using applicable regulations on consumer protection law.
6. Any delay in the processing of Affiant's communications has no legal basis, is a violation of 15 USC 1681i, without exception, and will be considered willful disregard of Affiant's consumer rights and subject to monetary damages.

IN WITNESS WHEREOF I, Daniel Thomas, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare hereunto, set my hand and hereby certify all the statements made above are true, correct and complete.

Date  10/30/2023          By: Daniel Thomas

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

**Jurat**

Exhibit 18

On this day came before me the Affiant attests and affirm the signature is true and complete on the foregoing affidavit. The undersigned, upon proper identification, personally came before me a notary public and duly affirmed the truth of the foregoing with the Affidavit in my presence. The Affiant also acknowledged the signing thereof to be his own voluntary act and deed.

Subscribed and sworn before me this  30th day of  October, 2023.

Notary Name: _____

Notary Signature: _____

My commission expires on: _____

**Consumer**Affairs

*Exhibit I A*

🏠 > Finance > Loans > Best Loan Modification

SPS *SELECT PORTFOLIO SERVICING, INC.*

# Select Portfolio Servicing Reviews

## 1.1     ⓘ

| | | |
|---|---|---|
| 5 ★ | | 4% |
| 4 ★ | | 0% |
| 3 ★ | | 0% |
| 2 ★ | | 0% |
| 1 ★ | | 96% |

See all 810 reviews

📢 Are you this business?

**Updated: 02/16/2024**

🔷 **Our promise.** We provide a buying advantage with verified reviews and unbiased editorial research.

## ABOUT SELECT PORTFOLIO SERVICING

**This profile has not been claimed by the company.** See reviews below to learn more or submit your own review.

## Take a Financial Relief Quiz

Get matched with an Authorized Partner

Case 3:24-cv-00416-SVN  Document 1  Filed 03/22/24  Page 42 of 75

Exhibit 19

**Find my match**

Ad

# Select Portfolio Servicing Reviews

Sort by:

Recent

Filter by:

Any

 **How do I know I can trust these reviews about Select Portfolio Servicing?**

**B**   **Betsey**
Eden Prairie, MN

Customer Service    Staff

Reviewed Feb. 9, 2024

My mortgage was raised by $600+ due to shortage in escrow, yet the notice I got was for $400. Can get no answers about the $200 difference. The one person I did speak to on the phone was rude, condescending and talked over me. After sending additional detail around the $400 quoted, I got a form letter this week I was thrilled about, did not answer my question. I work for a finance company and our customers never get treated with the lack of compassion and respect this company shows. Not a happy customer.

👍 **Thanks Betsey (2)**    Report

**karen**
Summerville, SC

Reviewed Feb. 7, 2024

This company seems to be not legit with lots of issues. MR. Copper sold my mortgage to them and they have calling saying they have not gotten a payment, so my bank spoke with to give them statements

when they took it out my bank account, it's something with the everyday. I think everyone on here who have a problem with this company we all need to file a claim against them and start a litigation as soon as possible.



| 👍 Thanks karen (4) | Report |



# Not sure how to choose?

Get buying tips about Loan Modification Companies delivered to your inbox.

| Email                ▷ |

By entering your email, you agree to sign up for consumer news, tips and giveaways from ConsumerAffairs. Unsubscribe at any time.

**M**   **Mr.**
Bloomington, IL

Reviewed Jan. 13, 2024

We had a great mortgage company with Mr. Cooper for two years with no issues. Well they sold to Select Portfolio. During my initial conversation with select they informed me that I had 60 days to make first payment. Well immediately they started sending me past due letters and calling non stop. We made one payment like we said. A few days later they started sending us past due again. Our loan with them went official in November, and now in January they have already hit my credit. After speaking to them last week on the phone stating I was going to pay them when my check came. Beware of this agency, terrible practice.

| 👍 Thanks Mr. (9) | Report |

**L**   **Lisa**
Oceanside, CA

Customer Service

Reviewed Dec. 8, 2023

Select Portfolio Servicing (SPS), owes me over $11,000 due to significantly overcharging me in 'insurance costs' (they even stated this in writing to me - that they overcharged me by this huge amount). However, every time I call them, they keep saying the check is coming. They have been saying this since September. It is now December. You can see many other consumers have the same complaint, as well as many other complaints of fraud, with a quick Google search (eg on Yelp, BBB, etc).



**👍 Thanks Lisa (15)**    **Report**

A   **Apryl**
    Kansas City, MO

Reviewed Dec. 2, 2023

This year both Insurance and Taxes went up causing a deficit in my Escrow account. In addition to making up the deficit, they tacked on a $1,000 min amount in the account. Legally they are allowed 658.00.



**👍 Thanks Apryl (10)**    **Report**

D   **Datman**
    Pasadena, CA

Customer Service     Price

Reviewed Nov. 30, 2023

Worst company to deal with mortgage. I wish consumers have more say in which lenders we choose, rather than us getting passed around like a toy. Where is the consumer protection agency?? They messed up on my name, despite all my original paperwork showing the correct name. They even admitted it was entered incorrectly on their end. I called in at least 5-6 times, before they finally changed it. I asked about incorporating our Supplemental property tax into our payment.. kept going back 5-6 times, every time it's always the same. "We will escalate this to the manager. I will personally call you

back next week." Nada. Nothing. A month ago, still no update. You'd think for all the money they take from us in interest, they'd get their act together. So frustrating.

👍 **Thanks Datman (13)**    Report

---

**D**  **Douglas**
Centralia, WA

Customer Service    Punctuality & Speed    Staff

Reviewed Nov. 22, 2023

A few years ago we were with Caliber loans. If we were late we contacted them and they worked with us. Great company! Then we were turned over to Select portfolio and it all went to hell. When they took the account over we couldn't make a payment because they were waiting for Caliber to give them the info. So we're late and created a late fee. They told us just we told them we couldn't afford it and wait. We missed 2 payments and when they wanted the payment we didn't have it. Then they created attorney fees because we missed our payments and started foreclosure. We settled everything but still owed attorney fees of 10000 dollars. Today we owe more than what we borrowed in 2006 even with payments. During covid my wife was near death and in the hospital for 4 months. We missed some payments again. It took a few months to get back to Select. More

👍 **Thanks Douglas (4)**    Report

---

**R**  **Renda**
Mcdonough, GA

✔ Verified purchase

Customer Service

Reviewed Nov. 16, 2023

I would give them zero stars if possible. First, our loan was sold to them a few years ago. Our payments were always automatically deducted from our checking account on a bi-weekly basis. When SPS took over our loan, all that changed. First, payments weren't automatically deducted. When we tried to setup autopay, they would not allow us to do bi-weekly payments. Therefore, we had to call them every two weeks to make the bi-weekly payment. Finally, they setup the ability to make bi-weekly payments. Fast forward to end of loan... now our final payment is due. There was no auto draft from our account, although their documentation states that autopayments will continue until loan is paid in full. We call and they tell us we have to send last payment as wire or certified check. We were never notified of this, to which they admitted. This company is unprofessional and do not follow their own policies which they have in writing.

**👍 Thanks Renda (8)**    **Report**

T    **Tiffany**
San Antonio, TX

Customer Service    Coverage    Price    Punctuality & Speed    Staff

Reviewed Oct. 21, 2023

On March 29, 2023 I sent in $37,059.23 to Select Portfolio Servicing to be applied towards my monthly payments which would have covered a total of 12 months, since I already had a partial credit on my account. That means my next monthly payment would have been due on April 1, 2024. Since then I have had nothing but trouble. It began with a phone call from SPS Mortgage saying I was past due on my account for the May 1, 2023 payment. I let the representative know that the large payment was to be applied to my monthly payments, representative said okay and she would take care of it. More

**👍 Thanks Tiffany (38)**    **Report**

V    **Vilma**
Houston, TX

Customer Service

Reviewed Oct. 13, 2023

**. I just want say to all the homeowners OUT THERE, if you experiencing over charging in your escrow account, suddenly SHORT for no reasons or any notice or explanation, error or missing payments, file a complaint right away to Department of Saving and Mortgage Lending, also with Federal Trade Commission to put stop to this company. They got the license to uses in their favor by making error in your account then treat you you going to loss your home. Also they don't want to refund your money from escrow. They add something on paperwork so it look like you're short so they can keep your money. Missing payment. More

**👍 Thanks Vilma (41)**    **Report**

Exhibit 19

**1    2    3    4    5**

First          Last

# Select Portfolio Servicing Company Information

**Company Name:** Select Portfolio Servicing

**Website:** www.spservicing.com

2/18/24, 9:31 PM
Case 3:24-cv-00416-SVN   Document 1   Filed 03/22/24   Page 48 of 75
Consumers will share in Experian's $22.5 million class action settlement

 

Exhibit 20   **Consumer**Affairs

# Consumers will share in Experian's $22.5 million class action settlement



Photo (c) Bill Oxford - Getty Images                    Share ⌗

**The credit agency sent false information about consumers to third parties**

  Mark Huffman, Reporter
Dec 1, 2022

Experian, one of the three credit reporting agencies, has agreed to pay $22.45 million to settle a class-action lawsuit stemming from incorrect information about consumers sent to third parties.

Consumers eligible for compensation include those for whom Experian mischaracterized their place of residence as "high risk." According to the settlement, those false credit reports were

sent out between July 1, 2018, and July 31, 2021.

The problem apparently stemmed from Experian's Fraud Shield, which is supposed to alert creditors to a consumer's potential risk. The monetary portion of the settlement affects people who contacted Experian to dispute information in their report – specifically that they live in a high-risk area or that their address is not a residence.

The plaintiffs contend that Experian failed to properly verify the information it put in affected consumers' credit reports.

"Experian continues the practice of parroting the response from the furnisher even though it has been repeatedly sued for failing to conduct a reasonable investigation as required by the FCRA (Fair Credit Reporting Act)," the suit charged.

The result, the suit claimed, was that many consumers were wrongfully denied credit opportunities they would otherwise have received if all the information in their reports was correct. Verizon agreed to the settlement and cash payments without admitting wrongdoing.

# How much cash?

Under the terms of the Experian settlement, some plaintiffs will receive a cash payment. How much will depend on a couple of factors.

The more consumers who participate in the settlement the smaller the payments will be. At this point, payment estimates range between $300 and $900.

As part of the settlement, Experian says it will change the way it discloses and resolves Fraud Shield Indicator disputes. The newly agreed-to changes will affect how the company uses its Fraud Shield system for at least the next five years.

There are two classes in the settlement. Only those who contacted Experian to dispute inaccurate information – the so-called Money Class – are eligible for a cash payment.

Consumers may submit a claim here.

# Take a Home Warranty Quiz. Get matched with an Authorized Partner.

Case 3:24-cv-00416-SI   Document 1   Filed 03/22/24   Page 50 of 75

ZIP Code                                           **Find my match**

 **Mark Huffman**
Reporter

Mark Huffman has been a consumer news reporter for ConsumerAffairs since 2004. He
covers real estate, gas prices and the economy and has reported extensively on negative-
option sales. He was previously an Associated Press reporter and editor in Washington, D.C.,
a correspondent for Westwoood One Radio Networks and Marketwatch.

Read Full Bio



# Get the news you need delivered right to you.

Email                                                                      ▶

By entering your email, you agree to sign up for consumer news, tips and giveaways from ConsumerAffairs. Unsubscribe
at any time.

# Related Stories

 **If you're a SmileDirectClub, AT&T, or Discover Credit Card
customer there may be ready cash waiting for you**

 **Here's how to claim your share of the multimillion-dollar
Fortnite settlement**

2/18/24, 9:31 PM
Consumers will share in Experian's $22.5 million class action settlement
Case 3:24-cv-00416-SVN   Document 1   Filed 03/22/24   Page 51 of 75

 **Wells Fargo fined $3.7 billion, with $2 billion going to customers**

 **These five companies are paying $16.8 million to settle class-action lawsuits**

 **Hertz agrees to pay $168 million to settle charges it falsely accused customers of car theft**

**Are you eligible for compensation under these five class-action settlements?**

**There's a pile of money waiting for consumers as part of class action settlements regarding baby formula and margaritas**

## Latest News

Spring Fling! $49 flights on Southwest.

IRS scammers on the loose! File taxes safely with this trick.

**If you eat cereal, you're probably getting a helping of a pesticide**

**Pleasant and familiar smells may help treat depression**

**Researching solar energy companies? Here's a good place to start.**

**Fratelli Beretta USA recalls ready-to-eat charcuterie meat products**

**VPR recalls potentially dangerous lighters**

**Vornado recalls 2 million handheld garment steamers**

**AMERICAN EXPRESS**

*Exhbt 21*

🔍   Log In

# APPLICATION STATUS

<u>Resume your site activity</u>

Welcome THOMAS. Here is the status of the application(s) you submitted to us.

| Date Received | Application | Status of Application | Action Required |
|---|---|---|---|
| 11/24/2023 | **MARRIOTT BONVOY BRILLIANT AMERICAN EXPRESS CARD** | Declined | To view the full decision details<u>click here</u> |
| 07/17/2023 | **AMERICAN EXPRESS BUSINESS GOLD CARD** | Declined | To view the full decision details<u>click here</u> |
| 03/18/2021 | **AMERICAN EXPRESS BLUE BUSINESS CASH** | Declined | *To view the full decision details*<u>click here</u> |
| 04/04/2022 | **DUMMY CODE** | **Approved** | Congratulations! Your application has been approved and you should receive your new card within 7-10 days. If you requested a balance transfer to this card, <u>click here</u> to view the status of that transfer |
| 10/01/2022 | **DUMMY CODE** | Declined | To view the full decision details<u>click here</u> |

The information above is the latest we have regarding your application(s). If you don't see the Card(s) or loan you applied for listed here, or if you have any questions, please call us at 1-866-314-0237 (Mon-Fri 6am-8pm MST).

Exit

For card applications, <u>click here</u> for some of most frequently asked questions.

For American Express® Personal Loans,<u>click here</u> for some of most frequently asked questions.

*For American Express® Business Loans,<u>click here</u> for some of most frequently asked questions.*

# AMERICAN EXPRESS

🔍        Log In

Products & Services

Links You May Like

Additional Information

# AMERICAN EXPRESS

🇺🇸 United States Change Country

    

Terms of Service │ Privacy Center │

Do Not Sell or Share My Personal Information │ AdChoices │

Security Center │ Card Agreements │ Servicemember Benefits │ Site Map

All users of our online services are subject to our Privacy Statement and agree to be bound by the Terms of Service. Please review.

© 2024 American Express. All rights reserved

**AMERICAN EXPRESS**                                                    🔍        Log In

# APPLICATION STATUS

<u>Resume your site activity</u>

Welcome THOMAS. Here is the status of the application(s) you submitted to us.

| Date Received | Application | Status of Application | Action Required |
|---|---|---|---|
| 11/24/2023 | **MARRIOTT BONVOY BRILLIANT AMERICAN EXPRESS CARD** | Declined | To view the full decision details<u>click here</u> |
| 07/17/2023 | **AMERICAN EXPRESS BUSINESS GOLD CARD** | Declined | To view the full decision details<u>click here</u> |
| 03/18/2021 | **AMERICAN EXPRESS BLUE BUSINESS CASH** | Declined | To view the full decision details<u>click here</u> |
| 04/04/2022 | **DUMMY CODE** | **Approved** | Congratulations! Your application has been approved and you should receive your new card within 7-10 days. If you requested a balance transfer to this card, <u>click here</u> to view the status of that transfer |
| 10/01/2022 | **DUMMY CODE** | Declined | To view the full decision details<u>click here</u> |

The information above is the latest we have regarding your application(s). If you don't see the Card(s) or loan you applied for listed here, or if you have any questions, please call us at 1-866-314-0237 (Mon-Fri 6am-8pm MST).

[ Exit ]

For card applications, <u>click here</u> for some of most frequently asked questions.

For American Express® Personal Loans,<u>click here</u> for some of most frequently asked questions.

For American Express® Business Loans,<u>click here</u> for some of most frequently asked questions.

**AMERICAN EXPRESS**

🔍   Log In

Products & Services

Links You May Like

Additional Information

# AMERICAN EXPRESS

🇺🇸 United States Change Country

   

Terms of Service ┃ Privacy Center ┃

Do Not Sell or Share My Personal Information ┃ AdChoices ┃

Security Center ┃ Card Agreements ┃ Servicemember Benefits ┃ Site Map

All users of our online services are subject to our Privacy Statement and agree to be bound by the Terms of Service. Please review.

© 2024 American Express. All rights reserved

 Gmail    *Exhibit 22*

daniel thomas <djtcontractor@gmail.com>

# Important Notice from American Express

2 messages

**American Express** <AmericanExpress@welcome.americanexpress.com>    Wed, Jan 25, 2023 at 8:27 PM
Reply-To: AmericanExpress@welcome.americanexpress.com
To: djtcontractor@gmail.com

### Important information about your account



**DJT**
Account Ending: ███████    



We made a decision regarding your recent Preset
Spending Limit Increase request. Please read.

Dear DJT

Thank you for your recent request to increase the Preset Spending Limit.

We've completed a review of your account and we're unable to approve your request at this time. We realize this was not the outcome you hoped for. Your Preset Spending Limit remains at $11,300.00.

**You can find out more about this decision**

Log into your account at **americanexpress.com/messagecenter** to learn more about the reasons for this action

[ Message Center Login ]

Sincerely,

**American Express Account Services**

Helpful Links



About your online security



Manage your alerts



*View your account online*

Privacy statement

Contact us

Update your email address

Your account information is included above to help you recognize this as a customer care e-mail from American Express. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us via Customer Care.

© 2023 American Express. All rights reserved.

SCC0FYI025

To: washington melvin <Washingtonlove333@gmail.com>

[Quoted text hidden]

 Gmail     $\varepsilon_{xh.b.t} 23$     **daniel thomas <djtcontractor@gmail.com>**

---

## Options for Account Review
3 messages

---

**American Express** <DoNotReplyUS@welcome.americanexpress.com>       Tue, Nov 29, 2022 at 3:40 PM
Reply-To: DoNotReplyUS@service.americanexpress.com
To: djtcontractor@gmail.com

     Important Account Information

### Options for Account Review

Your Account Number Ending: ▮▮▮▮

Dear Daniel Thomas,

We're writing in regards to your recent request for us to reevaluate the change we made to the limit on your account referenced above. In order to reevaluate this change, we need you to provide current financial documentation of proof of income, proof of financial assets, or both:

**Proof of Income**
- Your most recent pay stub, W2 form, personal tax returns, or any other documents showing income such as pension payments.

**Proof of Financial Assets**
- Your most recent personal bank statements (checking, savings, certificates of deposit), personal financial statements (brokerage accounts, etc.) or any other documents that clearly indicate the value of your liquid assets.

**Important Notice:** *Please include income from all sources including employment, retirement, investments, rental properties, etc. Alimony, child support, or separate maintenance need not be revealed if you do not wish to rely upon it.*

**Methods to send documents:**
- Upload your documents online at americanexpress.com/docupload
- *Fax to us at 1-866-737-3531*
- Mail to us, or send by FedEx or UPS to:

  American Express
  43 Butterfield Circle, Attn: RLA Appeals
  El Paso, Texas 79906
  1-800-678-0745

If you are faxing your documents, please include a cover letter with your name, Card account number, and the total number of pages you are faxing, including the cover page. This is a secure fax line and any information you provide will be treated as strictly confidential. Also, please be aware you must send all documents at the same time.

We will send you a letter with our decision after receiving and reviewing your documents. You can also check to see if your limit has changed by logging onto americanexpress.com and reviewing the Account Home page. Please note, if we

do not receive these documents within 15 days of the date of this letter, we will not be able to give your request any further consideration.

If you have questions, please call us at 1-800-842-5303. We are available Monday through Friday from 8:00 am to 12:00 am and Saturday-Sunday from 8:00 am to 11:00 pm Eastern Time.

We appreciate this opportunity to serve you. Thank you for your Card Membership.

Sincerely,

American Express Account Services

View Our Privacy Statement          |  Add Us to Your Address Book

This is a customer service e-mail from American Express. Using the spam/junk mail function may not block servicing messages from being sent to your email account. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us securely via Customer Care.

Copyright 2022 American Express. All rights reserved.

CRDUNC90NST0027                                                SLAPDM C90

---

**American Express** <DoNotReplyUS@welcome.americanexpress.com>      Tue, Nov 29, 2022 at 6:50 PM
Reply-To: DoNotReplyUS@service.americanexpress.com
To: djtcontractor@gmail.com

[Quoted text hidden]

---

**American Express** <DoNotReplyUS@welcome.americanexpress.com>      Tue, Nov 29, 2022 at 9:04 PM
Reply-To: DoNotReplyUS@service.americanexpress.com
To: djtcontractor@gmail.com

[Quoted text hidden]

Exhibit 24

 Gmail                                      daniel thomas <djtcontractor@gmail.com>

___

## Important Notice from American Express
1 message

___

**American Express** <AmericanExpress@welcome.americanexpress.com>                    Thu, Jul 14, 2022 at 9:26 PM
Reply-To: AmericanExpress@welcome.americanexpress.com
To: djtcontractor@gmail.com

Notice of Change to your Preset Spending Limit

                              **DJT**

Account Ending :  ███                



# Your Preset Spending Limit has changed. Please read.

We're reaching out because we wanted to let you know as quickly as possible
that after a recent review, we have assigned a Preset Spending Limit of $11300
to your account.

## Here's what you should know
If your total outstanding balance plus any charges not yet posted to your account
exceeds this Preset Spending Limit, we may decline additional charges. This
applies to charges made by you and any additional Card Members on your
account, so be sure to inform those Card Members of this change. As your total
balance, plus any charges not yet posted to your account, approaches this
Preset Spending Limit, you can make a payment to reduce this amount by
*logging into __americanexpress.com__, using the American Express*® *App, or*
calling the number on the back of your Card.

## You can find out more about this decision
Log into your account at **americanexpress.com/messagecenter** to learn more
about the reason(s) for this decision.

Message Center Login

Thank you for your Membership.

American Express Customer Care

### Helpful Links



About your online security



Manage your alerts



View your account online

Privacy statement

Contact us

Update your email address

Your account information is included above to help you recognize this as a customer care e-mail from American Express. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us via Customer Care.

© 2022 American Express. All rights reserved.

SCC0FYI009

Exhibit 25

 **Gmail**

daniel thomas <djtcontractor@gmail.com>

---

## Important Notice from American Express
1 message

---

**American Express** <AmericanExpress@welcome.americanexpress.com>          Tue, Sep 26, 2023 at 7:55 PM
Reply-To: AmericanExpress@welcome.americanexpress.com
To: djtcontractor@gmail.com

**Important information about your account**



**DJT**

Account Ending: 





# We made a decision regarding your recent Preset Spending Limit increase request. Please read.

Dear DJT

Thank you for your recent request to increase the Preset Spending Limit.

We've completed a review of your account and we're unable to approve your request at this time. We realize this was not the outcome you hoped for. Your Preset Spending Limit remains at $11,300.00.

**You can find out more about this decision**

Log into your account at **americanexpress.com/messagecenter** to learn more about the reasons for this action

> Message Center Login

---

Sincerely,

American Express Account Services

## Helpful Links



About your online security



Manage your alerts



*View your account online*

Privacy statement

Contact us

Update your email address

Your account information is included above to help you recognize this as a customer care e-mail from American Express. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us via Customer Care.

© 2023 American Express. All rights reserved.

SCC0FYI025



Exhibit 26

 Gmail

daniel thomas <djtcontractor@gmail.com>

## Important Notice from American Express
1 message

**American Express** <AmericanExpress@welcome.americanexpress.com>      Tue, Mar 7, 2023 at 9:30 AM
Reply-To: AmericanExpress@welcome.americanexpress.com
To: djtcontractor@gmail.com

Important information about your account





**DJT**

Account Ending: ▮▮▮▮





We made a decision regarding your recent Preset Spending Limit increase request. Please read.

Dear DJT

Thank you for your recent request to increase the Preset Spending Limit.

We've completed a review of your account and we're unable to approve your request at this time. We realize this was not the outcome you hoped for. Your Preset Spending Limit remains at $11,300.00.

**You can find out more about this decision**

Log into your account at **americanexpress.com/messagecenter** to learn more about the reasons for this action

Exhibit 24

Sincerely,

American Express Account Services

Helpful links



About your online security



Manage your alerts



View your account online

Privacy statement

Contact us

Update your email address

*Your account information is included above to help you recognize this as a customer care e-mail from American Express. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us via Customer Care.*

© 2023 American Express. All rights reserved.

SCC0FYI025

Exhibit 27

 Gmail

daniel thomas <djtcontractor@gmail.com>

## Important Account Status
1 message

**American Express** <AmericanExpress@welcome.americanexpress.com>
Reply-To: AmericanExpress@email2.americanexpress.com
To: djtcontractor@gmail.com

Sat, Jul 16, 2022 at 9:46 AM





## Options for Account Review

Your Account ending in ▓▓▓

Dear Daniel J Thomas:

*We're writing in regards to your recent request for us to reevaluate the change we made to the limit on your account referenced above. In order for us to reevaluate this change, we need you to provide current documentation of proof of income, proof of financial assets or both.*

### Proof of Income
- Your most recent pay stub, W2 form, personal tax returns, or any other documents showing income such as pension payments.

### Proof of Financial Assets
- Your most recent personal bank statements (checking, savings, *certificates of deposit), personal financial statements (brokerage accounts,* etc.) or any other documents that clearly indicate the value of your liquid assets.

**Important Notice:** *Please include income from all sources including employment, retirement, investments, rental properties, etc. Alimony, child support, or separate maintenance need not be revealed if you do not wish to rely upon it.*

### Methods to send documents:
- Upload your documents online at americanexpress.com/docupload
- *Fax to us at 1-866-737-3531*
- Mail to us, or send by FedEx or UPS to:

American Express
43 Butterfield Circle, Attn: RLA Appeals
El Paso, Texas 79906
1-800-678-0745

If you are faxing your documents, please include a cover letter with your name, Card account number, and the total number of pages you are faxing, including the cover page. This is a secure fax line and any information you provide will be *treated as strictly confidential. Also, please be aware that you must send all* documents at the same time.

We will send you a letter with our decision after receiving and reviewing your documents. You can also check to see if your limit has changed by logging onto americanexpress.com and reviewing the Account Home page. Please note, if we

Case 3:24-cv-00416-SVN   Document 1   Filed 03/22/24   Page 70 of 75

do not receive these documents within 15 days of the date of this letter, we will not be able to give your request any further consideration.

If you have any questions please call us at 1-800-842-5303. We are available Monday through Friday from 8:00 am to 12:00 am and Saturday-Sunday from 8:00 am to 11:00 pm Eastern Time.

Thank you for your Card Membership.

Sincerely,

**American Express Account Services**

View Our Privacy Statement          |          Add Us to Your Address Book

This is a customer service e-mail from American Express. Using the spam/junk mail function may not block servicing messages from being sent to your email account. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us securely via Customer Care.

© 2022 American Express. All rights reserved.

ARCEURLA0258001

Exhibit 28

Select all    ☁ Mark as read    ⊡ Archive

# Notifications

⚙ Preferences

**Filter by:**

☐ Credit score and rating

☐ Identity and fraud protection

☐ Connected accounts

☐ Experian Boost®

☐ Unread

☐ Archived

---

Jun 01, 2022   •••

### Your Dispute Results are ready.

---

Jun 01, 2022   •••

### Good news: Your FICO® Score has increased by 3 points!

---

Jun 03, 2022   •••

---

Jun 12, 2022   •••

### SELECT PORTFOLIO SVCIN has flagged your account as 60 Days Past Due.

---

Jun 12, 2022   •••

Select all   ⊘ Mark as read   ⬚ Archive

Jun 12, 2022  •••

## Your FICO® Score has decreased by 90 points.

Your FICO® Score has decreased 90 points to 567. Since your FICO Score decreased, you are now viewed as more of a credit risk to creditors.



**WHAT NOW?**

A score decrease doesn't need to set you back. Try Experian Boost™ to raise your FICO® Score instantly.

> Try Experian Boost™

Why did my score change? ⌄

Why am I receiving this?

You are receiving this alert because your membership includes FICO® Score monitoring with Experian data. We monitor changes to your FICO® Score and score rating. These changes could impact your credit worthiness, your ability to get credit and your interest rates.

Jun 12, 2022  •••

Select all    ✉ Mark as read    🗁 Archive

---

Jun 13, 2022 •••

**Your Account Dispute has been updated.**

---

Jun 13, 2022 •••

**Your Dispute Results are ready.**

---

Jun 13, 2022 •••

**You have opened an Account Dispute on your Experian credit report.**

---

‹   1   ...   24   25   26   ...   50   ›

Services      —

Tools      —

Support      —

Get the free Experian app:

 

Follow us:

   

Select all      Mark as read      Archive

Terms & Conditions

Privacy Policy

© 2024 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian
Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names
mentioned herein are the property of their respective owners. Licenses and Disclosures.

TrustedSite
CERTIFIED·SECURE

HHB-CV24-5055455

STATE OF CONNECTICUT )
                     ) ss. Hartford         February 23, 2024
COUNTY OF HARTFORD   )


   Then and there by virtue hereof, on February 23, 2024, in the town of

Hartford, County of Hartford, I left with and in the hands of Gary Scapinni,

Manager, CT Corporation System, agent for service for Experion, the within

named defendant, 67 Burnside Avenue, East Hartford, CT, a true and attested

verified copy of the original Writ, Summons, Complaint, Certificate of Service and

Exhibits with my endorsement thereon.

   The within and foregoing is the original Writ, Summons, Complaint,

Certificate of Service and Exhibits with my doings hereon endorsed.


                              ATTEST

                              Alan F. Zaniewski
                              State Marshal
                              Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 70.00 |
| Ends. | | 2.00 |
| Service | | 50.00 |
| Travel | | 13.00 |
| | | |
| Total | $ | 135.00 |

Judicial District of New Britain
SUPERIOR COURT
FILED

FEB 23 2024

CYNTHIA A. SKORZEWSKI
CHIEF CLERK